UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARK JON KRATZER,

                          Plaintiff,

vs.                                                  CASE NO.: 2:20-cv-06348-AB

POSTMATES, INC.,

                          Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mark Jon Kratzer ("Plaintiff") and Defendant Postmates, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear his/its own attorneys' fees and costs.

                                                            Respectfully submitted,

Date:  March 29, 2021                                *s/ Hans W. Lodge*
                                                              Hans W. Lodge
                                                              (admitted *Pro Hac Vice*)
                                                               BERGER MONTAGUE PC
                                                               43 SE Main Street, Suite 505
                                                               Minneapolis, MN 55414
                                                               Telephone: (612) 607-7794
                                                               Fax: (612) 584-4470
                                                               Email: hlodge@bm.net

                                                               Jacob M Polakoff, PA Bar No. 204124
                                                              1818 Market St., 36th Floor
                                                               Philadelphia, PA 19103
                                                               Telephone: (215) 875-5816
                                                               Fax: (215) 875-4605
                                                               Email: jpolakoff@bm.net

                                                               *Counsel for Plaintiff*

*/s/ William J. Simmons*
William J. Simmons, Esquire
LITTLER MENDELSON, P.C.
1601 Cherry St. Suite 1400
Philadelphia, PA 19102
Email: wsimmons@littler.com

*Counsel for Defendant
Postmates, Inc.*

## **CERTIFICATE OF SERVICE**

      I, William J. Simmons, an attorney, certify that I caused a copy of the foregoing document to be served through the Court's CM/ECF system, on March 29, 2021, upon all counsel of record.

                                            */s/ William J. Simmons*
                                            William J. Simmons, Esquire